UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Petitioner,

                                            MISC. NO. 14-mc-50177

        -vs-
                                            HON. ROBERT H. CLELAND

GERMAINE HOPPENS, OWNER,
HOPPENS, INC.,

                    Respondent.
_____/


<u>ORDER</u>


        Petitioner having applied for an order to enforce an Internal Revenue Service

Summons relating to the collection of the tax liabilities of respondent, Hoppens, Inc.,

and the petition and order having been personally served upon Germaine Hoppens,

Owner of Hoppens, Inc., on March 7, 2014, this cause having come on before the

undersigned pursuant to the Order to Show Cause issued February 13, 2014, and due

deliberation having been had herein; it is hereby

        ORDERED that the Petition to Enforce Internal Revenue Service Summons is

GRANTED; and it is further

        ORDERED that the respondent, Germaine Hoppens, Owner of Hoppens, Inc.,

appear before Revenue Officer Kristopher Matthews or his designated representative at

10:00 a.m. on April 23, 2014, at 38275 W. Twelve Mile Road, Suite 200, Farmington

Hills, Michigan, then and there to be sworn, to give testimony, and to produce for

examination and copying the books, records, papers  and other data demanded by the

summons served upon Germaine Hoppens, Owner of Hoppens, Inc., on September 18,

2013, the examination to continue from day to day until completed.


  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 11, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, April 11, 2014, by electronic and/or ordinary mail.


  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522