UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Petitioner,

    -vs-

GERMAINE HOPPENS, OWNER
HOPPENS, INC.,

          Respondent.
_____/

          MISC. NO. 14-mc-50177

          HON. ROBERT H. CLELAND

## JUDGMENT OF CONTEMPT

This matter having come before the Court on August 13, 2014, pursuant to this Court's Order to Show Cause dated July 23, 2014, which was served upon respondent by sending the Motion to Hold Respondent in Contempt and Order to Show Cause by regular and certified mail on July 23, 2014. The Court being fully advised in the premises;

IT IS ORDERED that respondent, Germaine Hoppens, Owner, Hoppens, Inc., stands in civil contempt of court for her willful failure to fully comply with this Court's Order dated April 11, 2014, enforcing the Internal Revenue Service Summons attached to the petition in this matter and relating to the collection of the tax liabilities of Hoppens, Inc., for the Form 941 for the quarterly period ended December 31, 2006;

IT IS FURTHER ORDERED that a Bench Warrant shall issue for the arrest by the United States Marshal of respondent, Germaine Hoppens, Owner, Hoppens, Inc., presently residing at 20657 Lexington Court, Northville, Michigan, to be brought before

this Court and to remain in custody until such time as she fully complies with this Court's

Order dated April 11, 2014.



s/Robert H. Cleland
ROBERT H. CLELAND
United States District Court

Dated: August 13, 2014