UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

GERMAINE HOPPENS, OWNER
OF HOPPENS, INC.,

    Respondent.
_____/

MISC. NO. 14-mc-50177

HON. ROBERT H. CLELAND

## ORDER OF DISMISSAL
## AND CANCELLATION OF BOND

Petitioner having advised the Court that the respondent, Germaine Hoppens, Owner of Hoppens, Inc., has purged herself of contempt and has fully complied with the IRS Summons served on her on September 18, 2013;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Germaine Hoppens, Owner of Hoppens, Inc., on February 12, 2014, by the petitioner is hereby dismissed without prejudice and without costs to either party.

IT IS FURTHER ORDERED that the Appearance Bond issued on August 22, 2014, is hereby CANCELLED.

          s/Robert H. Cleland
         ROBERT H. CLELAND
         United States District Judge

Dated:   September 2, 2014